UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KARRIE ANN NEWLAND,<br><br>                    Plaintiff,<br><br>          v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | No. 5:22-cv-01761-JDE<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>28 U.S.C. § 2412(d), AND COSTS<br>UNDER 28 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 20), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $7,025.14 under 28 U.S.C. § 2412(d), and costs of $402.00 under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: May 08, 2023

_____
JOHN D. EARLY
United States Magistrate Judge